JUDGMENT
==================================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 99-17230
CT/AG#: CV-95-01832-LKK GGH P

ERIC CLARK WHEELER

    Petitioner - Appellant

v.

D. R. HILL, Warden

    Respondent - Appellee

**FILED**

FEB 1 3 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

----------------------

APPEAL FROM the United States District Court for the Eastern District of California (Sacramento).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Eastern District of California (Sacramento) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered 1/19/01

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 1 2 2001

by:_____
Deputy Clerk

63

FILED
JAN 19 2001
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERIC CLARK WHEELER,<br><br>    Petitioner-Appellant,<br><br>v.<br><br>D.R. HILL, WARDEN,<br><br>    Respondent-Appellee. | No. 99-17230<br><br>D.C. No. CV-95-1832 LKK<br><br>MEMORANDUM[1] |

Appeal from the United States District Court
for the Eastern District of California
Lawrence K. Karlton, District Judge, Presiding

Argued and Submitted January 10, 2001
San Francisco, California

Before:  GRABER, GOODWIN, and PAEZ, Circuit Judges.

Eric Clark Wheeler appeals the district court's order denying his petition for a writ of habeas corpus under 28 U.S.C. § 2254. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo a district court's denial of a 28 U.S.C. § 2254 petition, Smith v. Stewart, 140 F.3d 1263, 1267 (9th Cir. 1998), and we affirm for the reasons stated in the magistrate judge's Findings and Recommendations, which

---

[1] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36-3.

were adopted by the district court in an order entered on August 3, 1999.

AFFIRMED.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 12 2001

by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
99-17230 Wheeler v. Hill

| | |
|---|---|
| ERIC CLARK WHEELER<br>    Petitioner - Appellant | Eric Clark Wheeler<br>[COR LD NTC prs]<br>CCC - CALIFORNIA CORRECTIONAL<br>CENTER<br>P.O. Box 2210<br>Susanville, CA 96130-2210<br><br>Donald S. Frick, Esq.<br>916-768-9889<br>[COR NTC]<br>ATTORNEY AT LAW<br>P.O. Box 276005<br>Sacramento, CA 95827-6005 |
| v. | |
| D. R. HILL, Warden<br>    Respondent - Appellee | Raymond Brosterhous, II<br>[COR LD NTC dag]<br>ATTORNEY GENERAL'S OFFICE<br>1300 "I" Street<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |

```
                United States District Court
                            for the
                  Eastern District of California
                        February 13, 2001


               * * CERTIFICATE OF SERVICE * *

                                           2:95-cv-01832


   Wheeler

       v.

   Hill

   _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  February 13, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

       Donald S Frick                          SJ/LKK
       Donald S Frick Law Offices
       PO Box 276005                           VC/GGH
       Sacramento, CA  95827-6005

       Raymond L Brosterhous II
       Attorney General's Office of the State of California
       PO Box 944255
       1300 I Street
       Suite 125
       Sacramento, CA  94244-2550




                                        Jack L. Wagner, Clerk

                                        BY: _____
                                            Deputy Clerk
```